ROBERT K. PHILLIPS
Nevada Bar No. 11441
POOJA KUMAR
Nevada Bar No. 12988
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
pkumar@psalaw.net

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IVAN MORA-ESPINOSA, an Individual;<br><br>Plaintiff,<br>v.<br><br>WAL-MART STORES INC., a Delaware Corporation doing business as WAL-MART; DOES I-X, unknown persons; and ROE Corporations I-X;<br><br>Defendants. | Case No.: 2:17-cv-02955-MMD-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR MOTION PRACTICE REGARDING MOTION TO REMAND CASE TO NEVADA DISTRICT COURT – FIRST REQUEST** |

Plaintiff IVAN MORA-ESPINOSA (hereinafter "Plaintiff") and Defendant WAL-MART STORES, INC. (hereinafter "Walmart") (collectively, the "Parties"), by and through their respective counsel of record, do hereby stipulate to extend time to file responding motions pertaining to Plaintiff's Motion to Remand Case to Nevada District Court, originally filed on December 5, 2017. ECF No. 5 (D. Nev. Dec. 5, 2017).

Specifically, the Parties stipulate that Walmart's Opposition to Plaintiff's Motion to Remand Case to Nevada District Court shall be due *no later than* Tuesday, January 9, 2018, and Plaintiff's Reply in support of his Motion to Remand Case to Nevada District Court shall be due *no later than* Tuesday, January 16, 2018. The Parties request this additional time so that they may attempt to resolve this matter without having to incurring additional costs associated with motion practice.

| | |
|---|---|
| The Parties aver that good cause exists for this request pursuant to Local Rule IA 6-1, and this is the first such stipulation for extension of time to stay motion practice regarding this matter. | |
| DATED this 19th day of December, 2017. | DATED this 19th day of December, 2017. |
| **RYAN ALEXANDER, CHTD.** | **PHILLIPS, SPALLAS & ANGSTADT, LLC** |
| /s/ Ryan Alexander | /s/ Pooja Kumar |
| RYAN ALEXANDER, ESQ.<br>Nevada Bar No. 10845<br>3017 West Charleston Boulevard, Suite 58<br>Las Vegas, Nevada 89102<br>(702) 868-3311<br>*Attorneys for Plaintiff*<br>*Ivan Mora-Espinosa* | POOJA KUMAR, ESQ.<br>Nevada Bar No. 12988<br>504 South Ninth Street<br>Las Vegas, Nevada 89101<br>(702) 938-1511<br>*Attorneys for Defendant*<br>*Wal-Mart Stores, Inc.* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** December 20, 2017