ROBERT K. PHILLIPS
Nevada Bar No. 11441
POOJA KUMAR
Nevada Bar No. 12988
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
pkumar@psalaw.net

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IVAN MORA-ESPINOSA, an Individual; | Case No.: 2:17-cv-02955-MMD-GWF |
| Plaintiff, | |
| v. | |
| WAL-MART STORES INC., a Delaware Corporation doing business as WAL-MART; DOES I-X, unknown persons; and ROE Corporations I-X; | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 8th day of March, 2018.     DATED this 2nd day of ~~April~~ May, 2018

RYAN ALEXANDER, CHTD.                   PHILLIPS, SPALLAS & ANGSTADT

_____           _____
Ryan Alexander Esq.                     Pooja Kumar, Esq.
Nevada Bar No. 10845                    Nevada Bar No. 12988
3017 West Charleston Blvd., Ste 58      504 South Ninth Street
Las Vegas, Nevada 89102                 Las Vegas, Nevada 89101
*Attorneys for Plaintiff*               *Attorneys for Defendant*
*Ivan Mora-Espinosa*                    *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 7th day of May, 2018.

_____
**UNITED STATES DISTRICT JUDGE**